UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| EDUARDO ZARCO,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA HIGHWAY PATROL, et, al.,<br><br>    Defendants. | Case No. EDCV 22-594-MEMF (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMNEDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge, to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

**IT IS ORDERED** that Defendant Ornelas' Motion to Dismiss is GRANTED, Plaintiff's First Amended Complaint is DISMISSED WITHOUT LEAVE TO AMEND for failure to timely effect service.

**IT IS ORDERED** that Defendant Symons' Motion to Dismiss or alternatively, Quash Service and Motion to Dismiss for untimely service is DENIED. The Court exercises its discretion to retroactively extend the service deadline to January 17, 2024.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff.

DATED: September 30, 2024

_____
MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE