UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| EDUARDO ZARCO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER R. SYMONS,<br><br>　　　　　　Defendant. | Case No. 5:22-CV-00594-MEMF-AS<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMNEDATIONS OF**<br><br>**UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge, to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

　　　**IT IS ORDERED** that (1) Defendant's motion for judgment on the pleadings is GRANTED IN PART and DENIED IN PART as follows: Plaintiff's Fourteenth Amendment claim against Defendant Symons is dismissed with prejudice; and the motion for judgment on the pleadings as to Plaintiff's Fourth Amendment claim against Defendant Symons is denied.

Defendant Symons is ordered to file to file an Answer to the remaining claims in the First Amended Complaint no later than fourteen (14) days from the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff and counsel for Defendants.

DATED: July 23, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE

2